THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN ROSS, Appellant. [823 NYS2d 750]—Judgment, Supreme

Court, New York County (Michael Ambrecht, J.), rendered on or about November 5, 2003, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Sullivan, Catterson and Malone, JJ.